## ORDER

PER CURIAM

AND NOW, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

Derrick WILLIAMS, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

**No. 285 EAL 2016**

Supreme Court of Pennsylvania.

June 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for reconsideration of its decision in light of *Pittman v. Pennsylvania Board of Probation and Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. 2017).

**IN the INTEREST OF: Z.T.–D.N., a Minor**

**Petition of: C.B.N., Mother**

**No. 221 EAL 2017**

Supreme Court of Pennsylvania.

June 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**IN the INTEREST OF: Z.N.N., a Minor**

**Petition of: C.B.N., Mother**

**No. 222 EAL 2017**

Supreme Court of Pennsylvania.

June 15, 2017